UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK (SOUTH DAKOTA), N.A.,<br><br>    Defendant. | Case No.:  1:16-CV-01476-LJO-SKO<br><br>ORDER TO ARBITRATE AND STAY CASE |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.  The parties will proceed to arbitration before the American Arbitration Association ("AAA") pursuant to the terms set forth in the Arbitration Provision, with Citibank to bear Plaintiff's portion of the fees to be paid to the arbitration firm (AAA) and to the arbitrator.    2.  All proceedings and deadlines, including but not limited to any case management deadlines, shall be stayed pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending completion of arbitration, at which time either party may apply to this Court to confirm, vacate, or modify the arbitration award as set forth in Sections 9 through 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11. The Clerk shall administratively close this case until such application, if any, is made.

IT IS SO ORDERED.

Dated:   **October 20, 2016**          /s/ Lawrence J. O'Neill          
                                   UNITED STATES CHIEF DISTRICT JUDGE